UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
**FILED**
AUG 1 4 1998

Michael N. Milby, Clerk of Court

USA

*United States District Court*
*Southern District of Texas*
**ENTERED**
AUG 1 7 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk _Newlin_

versus

§
§
§
§
§
§
§

CIVIL ACTION B-97-77

## Order of Dismissal for Want of Prosecution

Because the summons has not been served within 120 days of the filing of the complaint, this action is dismissed without prejudice for want of prosecution. Fed. R. Civ. P. 4(m).

Signed _August 14_, 1998, at Brownsville, Texas.

_Hilda G. Tagle_
United States District Judge