

ORIGINAL

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-077 |
| | § | |
| DENNIS L. NEWLIN | § | |

## ORDER OF DISMISSAL

CAME ON to be heard this date the Motion of the Plaintiff, UNITED STATES OF AMERICA, for an Order dismissing this complaint without prejudice for the reason that Plaintiff no longer wishes to pursue the matter, and the Court being of the opinion that such motion should be granted, it is therefore:

ORDERED that this Case, No. B-97-077, *United States of America v. Dennis L. Newlin*, In the United States District Court for the Southern District of Texas, Brownsville Division, be dismissed without prejudice.

SIGNED this 30 day of Oct., 1998, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

By: _M. H. Cersonsky_
M. H. Cersonsky, TBA# 04048500
5065 Westheimer, Ste. 600
Houston, Texas 77056
Attorney for Plaintiff

MHC:ds\wp60\wpdocs\dismiss\
October 22, 1998
Page 2